FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>INSAF A. KIRAWI (3),<br><br>                Defendant. | Case No. 4:21-CR-6042-MKD-3<br><br>ORDER APPROVING PRETRIAL DIVERSION AGREEMENT |

On Monday, August 28, 2023, Defendant appeared in person and was represented by Nicholas Marchi. Assistant United States Attorney David M. Herzog appeared on behalf of the United States. At the hearing, the parties presented the Court with a Pretrial Diversion Agreement, ECF No. 894. The Court reviewed the Pretrial Diversion Agreement with Defendant in open court. The Court finds that Defendant is competent and capable of entering into the agreement, aware of the consequences of noncompliance, and her entry into the agreement is knowing, intelligent and voluntary. The Court has reviewed and considered the Pretrial Diversion Agreement proposed by the parties and has not passed judgment on the merits or wisdom, of the diversion, and the Court approves the Pretrial Diversion Agreement.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Pretrial Diversion Agreement, **ECF No. 894**, is **APPROVED**.

ORDER APPROVING PRETRIAL DIVERSION AGREEMENT - 1

2. Pursuant to the Pretrial Diversion Agreement and 18 U.S.C. § 3161(h)(2), prosecution shall be deferred for up to 24 months, or up to 36 months if the term of the agreement is extended by the Court.

3. Pursuant to 18 U.S.C. § 3161(h)(2) and the Pretrial Diversion Agreement between the Parties, the time period of 24 months from the effective date of the Pretrial Diversion Agreement, or up to 36 months if the term of the agreement is extended by the Court, shall be excluded for purposes of computing time under the Speedy Trial Act.

4. A status conference is **SET** for **September 18, 2025, at 11:00 a.m.** in **Richland, Washington**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to all counsel and the United States Probation/Pretrial Services Office.

DATED August 29, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER APPROVING PRETRIAL DIVERSION AGREEMENT - 2